UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVILA,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | **1:23-cv-00646-GSA-PC**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (ECF No. 2.)**<br><br>**and**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP-VICTORVILLE** |

Michael Davila ("Plaintiff") is a federal prisoner proceeding *pro se* pursuant to 403 U.S. 388 (1971) and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Warden of USP-Victorville is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. **The Warden of USP-Victorville or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Warden of USP-Victorville, U.S. Penitentiary, P.O. Box 5400, Adelanto, CA  92301;

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division; and

5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust account statement for the six−month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   **May 6, 2023**              **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE