1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL A. DAVILA,                    Case No.  1:23-cv-00646-HBK (PC)

12              Plaintiff,                  ORDER GRANTING CONSTRUED MOTION
                                            TO SCREEN AND DIRECTING CLERK TO
13         v.                               ISSUE FIRST INFORMATIONAL ORDER IN
                                            PRISONER/CIVIL DETAINEE CIVIL
14    UNITED STATE OF AMERICA, et al.,      RIGHTS CASE

15              Defendants.                 (Doc. No.  8)

16

17

18         On July 3, 2025, the case was reassigned to the undersigned.  (Doc. No. 9).  The Court

19   will direct the Clerk of Court to issue the undersigned's First Informational Order in

20   Prisoner/Civil Detainee Civil Rights Case.

21         A review of the docket reveals that Plaintiff, a federal prisoner, initiated this action on

22   April 27, 2023 by filing a civil complaint.  (Doc. No. 1).  Pending is Plaintiff's motion for

23   explanation filed on March 24, 2025.  (Doc. No. 8).  The Court construes the motion as a request

24   to screen Plaintiff's operative pleading pursuant to 28 U.S.C. §1915A.

25         Courts possess inherent authority not governed "by rule or statute, but by control

26   necessarily vested in courts to manage their own affairs so as to achieve the orderly and

27   expeditious disposition of cases."  *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (citations omitted).

28   While this Court endeavors to handle all matters as expeditiously as possible, it has "one of the

heaviest caseloads in the nation" and had operated under a declared judicial emergency due to delays in filling judicial vacancies, which was further exacerbated by the Covid-19 pandemic. As noted, this case was recently reassigned to the undersigned, and this Court intends to issue a screening order as promptly as its docket permits.

ACCORDINGLY, it is hereby ORDERED:

1. The Clerk of Court shall issue the undersigned FIRST INFORMATIONAL ORDER IN PRISONER/CIVIL DETAINEE CIVIL RIGHTS CASE.

2. Plaintiff's construed motion (Doc. N0. 8) is GRANTED to the extent the Court acknowledges Plaintiff's operative complaint is pending and requires screening pursuant to 28 U.S.C. §1915A.

Dated:    July 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE