UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DAVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00646-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 22)<br><br>MARCH 3, 2026 DEADLINE |

On December 22, 2025, the Court granted Plaintiff an extension of time until January 23, 2026 to return completed service forms as originally directed by the Court in its November 18, 2025 Order.  (Doc. 21).  On February 2, 2026, Plaintiff filed a construed second request for further extension of time citing an institutional lockdown that has prevented him from obtaining stationary items from the commissary to mail the service forms.  (Doc. 22).  Plaintiff includes a memorandum from a correctional officer confirming the lockdown and his inability to obtain stationary items.  (*Id.* at 2).

Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline.  Fed. R. Civ. P. 6(b)(1)(A).  If made after the time has expired, a party must also show excusable neglect.  Fed. R. Civ. P. 6(b)(1)(B).

Here, Plaintiff's motion was filed after the previous deadline expired, but the Court finds

Plaintiff has demonstrated both good cause and excusable neglect. Any delay was caused by an institutional lockdown, a circumstance beyond Plaintiff's control, which began prior to the deadline. Accordingly, the Court will afford Plaintiff a second extension of time to complete and return the service forms. The Court reminds Plaintiff that he must complete the necessary service forms and provide three copies of his Complaint as previously directed. The Court cannot initiate service upon the Defendants until these forms are returned.

Accordingly, it is ORDERED:

1. Plaintiff's construed motion for extension of time (Doc. 22) is GRANTED.

2. No later than March 3, 2026, Plaintiff shall complete and deliver the following documents as previously directed by the Court in its November 18, 225 Order:

   a. Three (3) completed USM-285 forms, two (2) for the United States of America (one for the civil-process clerk at the United States attorney's office and one for the Attorney General of the United States at Washington, D.C.) and one (1) for Defendant Dr. Paltengni. Fed. R. Civ. P. 4(i)(1)(A)(ii) & (B);

   b. Two (2) completed summonses, one (1) for the United States of America and one (1) for Defendant Dr. Paltengni; and

   c. Three (3) copies of the Complaint filed on April 27, 2023 (Doc. No. 1).

3. Plaintiff's failure to timely comply with this Order will result in the recommendation that this action be dismissed, either as a sanction for failure to comply with a court order or for failure to prosecute this action consistent with Local Rule 110.

Dated:    February 4, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2