UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DAVILA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, and<br>DR. PALTENGNI,<br><br>          Defendants. | Case No.  1:23-cv-00646-HBK (PC)<br><br>ORDER GRANTING DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 26)<br><br>AUGUST 7, 2026 DEADLINE |

On June 8, 20206, Defendant United States of America filed a motion requesting a sixty (60) day extension of time to respond to Plaintiff's Complaint.  Defendant represents that good cause exists because Defendant Paltengi has been named in his individual capacity and the United States Attorney's Office and the Bureau of Prisons are determining whether Paltengi has been served and whether representation by the United States Attorney's Office is appropriate. Defendant further represents that, if representation is approved, the United States Attorney's Office will appear on behalf of Paltengni as well as the United States.

The Court finds good cause to grant the motion.  Fed. R. Civ. P. 6(b)(1)(A).

Accordingly, it is ORDERED:

1. Defendant United States of America's motion for an extension of time (Doc. 26) is GRANTED.

2.  Defendant(s) shall file a response to the Complaint on or before August 7, 2026.


Dated:     June 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE